# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133835

In re Estate of NORMAN H. HEINZ, Deceased.
_____/

DUANE HEINZ and DIANE CHAMBERS,
      Petitioners-Appellants,

v

DAVID HEINZ,
      Respondent-Appellee.

_____/

SC: 133835
COA: 264155
Oscoda CC: 03-003568-DE

On order of the Court, the application for leave to appeal the February 13, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2007

d1022

Clerk